

1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAIME GARZA,<br>Defendant. | Case No. 2:22-MJ-01004<br>**ORDER OF DETENTION**<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |
|---|---|

On March 22, 2022, Defendant Jaime Garza made his initial appearance in this district following his/her arrest on the petition for revocation of supervised release and warrant for arrest issued in the District of Colorado on February 25, 2022. Deputy Federal Public Defender Chad Pennington was appointed to represent Defendant. A detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released. *See* 18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Defendant was aware of the warrant issued in Colorado in this matter and did not self-surrender. He was arrested on that warrant in this district.

☒ Unauthorized travel from Colorado to California while on federal supervised release;

☒ The instant allegations include failure to notify the probation officer of a change in employment, failure to report to the probation officer as directed, failure to participate in substance abuse testing as directed, and absconding from supervision.

☒ Between April 2011 and July 2016, Defendant was arrested 20 times;

☒ Defendant has several prior convictions, including a 2015 conviction for evading a peace officer and a 2017 conviction for possession of a weapon.

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released. *See* 18 U.S.C. § 3142(b-c). This finding is based on:

☒ Defendant has several prior convictions, including a 2015 conviction for evading a peace officer and a 2017 conviction for possession of a weapon.

☒ Allegations in the Petitioner that Defendant has failed to comply with court-ordered supervision.

It is therefore ORDERED that Defendant Jaime Garza is remanded to the custody of the U.S. Marshal to be transported to the United States District Court for the District of Colorado for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: March 14, 2022

PATRICIA DONAHUE

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE